UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRODRIC PROVOST,

       Plaintiff,

v.

MICHELLE BRAY,
DARRELL BARROWS, and
SHARON OLIVER,

       Defendants.

_____/

Case No. 4:26-cv-11063

District Judge F. Kay Behm
Magistrate Judge Anthony P. Patti

## <u>ORDER STRIKING PLAINTIFF'S APRIL 1, 2026 MOTION FOR PRELIMINARY INJUNCTION (ECF No. 3)</u>

Brodric Provost is currently located at the Michigan Department of Corrections' (MDOC's) Muskegon Correctional Facility (MCF).  *See* www.michigan.gov/corrections, "Offender Search."  On April 1, 2026, while located at MCF, Plaintiff filed the instant lawsuit against three Defendants:  (1) Darrell Barrows, N.P. of the MDOC's St. Louis Correctional Facility (SLF); (2) Sharon Oliver, M.D. of SLF; and, (3) Michelle Bray, N.P. of MCF.  (ECF No. 1, PageID.1-3.)

Judge Behm has referred this case to me for pretrial matters.  (ECF No. 11.) Among the motions currently pending before the Court is Plaintiff's April 1, 2026 motion for preliminary injunction (ECF No. 3), which is 37 pages long (*see id.*,

1

PageID.327-363), not including approximately 30 pages of attachments (*see id.*, PageID.364-393).  This length exceeds that contemplated by the Court's local rule governing motion practice, which provides, in pertinent part:

> The text of a brief supporting a motion or response, including footnotes and signatures, may not exceed 25 pages.  A person seeking to file a longer brief may apply ex parte in writing setting forth the reasons.

E.D. Mich. LR 7.1(d)(3).

Accordingly, Plaintiff's April 1, 2026 motion for preliminary injunction (ECF No. 3) is **STRICKEN** from the record.  Plaintiff is **CAUTIONED** that all parties, even those appearing *in pro per*, are required to abide by the Federal Rules of Civil Procedure, this Court's Local Rules, and the Undersigned's Practice Guidelines, all of which are available on this Court's website.  Finally, while the Court recognizes that Plaintiff filed his motion for preliminary injunction at the same time he filed his complaint, Plaintiff is **REMINDED** that the Court will not be in a position to enter preliminary injunctive relief unless and until there is at least one opposing party before this Court.  Service of this lawsuit is in process (*see* ECF Nos. 10) and neither Bray, nor Barrows, nor Oliver has yet to appear.

**IT IS SO ORDERED.**[1]

Dated: April 27, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).